UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSIDE EDGE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MIKE NELSON, an individual; REDWOOD PUBLICATIONS, LLC, an Arizona limited liability company; CONSTRUCTION TRADER, a business entity of unknown form; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  CV08-02665-AHM (RCx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |
| REDWOOD PUBLICATIONS, LLC, an Arizona limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>THE INSIDE EDGE, LLC, a California limited liability company; and CHRISTOPHER CHRISTOPHERSON, an individual,<br><br>Counterdefendants. | |

1  Pursuant to stipulation and for good cause, IT IS HEREBY ORDERED as
2  follows:
3  The Inside Edge, LLC's claims against Redwood Publications, LLC,
4  Construction Trader and Mike Nelson, and Redwood Publications, LLC's claims
5  against The Inside Edge, LLC and Christopher Christopherson, are dismissed with
6  prejudice, the parties to bear their own costs and attorneys' fees.

DATED: November 12, 2008

**Make JS-6**

_____
A. HOWARD MATZ
United States District Judge